```
```
United States District Court
Southern District of Texas
**ENTERED**
December 05, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SERAFIN HERNANDEZ GARCIA, (Reg. #46940-007) | § § § § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-18-4243 |
| WARDEN J. WILLIS, | § § § | |
| Respondent. | § | |

## ORDER OF TRANSFER

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is TRANSFERRED to the United States District Court for the Western District of Texas, El Paso Division.

SIGNED at Houston, Texas, on Dec 4, 2018.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE